1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                  2:14-CV-02950-MCE-CKD

12              Plaintiff,

13        v.

14  APPROXIMATELY $200,979.15 SEIZED          **APPLICATION AND ORDER FOR**
    FROM TRADEHILL, INC., HELD IN THE         **PUBLICATION**
15  NAME OF MEGAN THOMPSON,

16  APPROXIMATELY $53,302.06 SEIZED
    FROM TRADEHILL, INC., HELD IN THE
17  NAME OF MATTHEW GILLUM,

18  1,238.6004395 BITCOINS VALUED AT
    APPROXIMATELY $464,772.43 SEIZED
19  FROM TRADEHILL, INC., HELD IN THE
    NAME OF MEGAN THOMPSON, and
20
    55.87584198 BITCOINS VALUED AT
21  APPROXIMATELY $20,996.85 SEIZED
    FROM TRADEHILL, INC., HELD IN THE
22  NAME OF MATTHEW GILLUM,

23              Defendants.

24        The United States of America applies for an order of publication as follows:

25        1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

26  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

27  notice of the action to be given in a newspaper of general circulation or on the official internet

28

                                            1
                                                          Application and Order
                                                          For Publication

1    government forfeiture site;

2         2.    Local Rule 171, Eastern District of California, provides that the Court shall designate

3    by order the appropriate newspaper or other vehicle for publication;

4         3.    The defendant assets were seized on October 22, 2014 and November 24, 2014 in

5    Sacramento, in Sacramento County, California.

6         4.    The United States proposes that publication be made as follows:

7              a.    One publication;

8              b.    Thirty (30) consecutive days;

9              c.    On the official internet government forfeiture site www.forfeiture.gov;

10             d.    The publication is to include the following:

11                   (1)    The Court and case number of the action;

12                   (2)    The date of the seizure/posting;

13                   (3)    The identity and/or description of the property seized/posted;

14                   (4)    The name and address of the attorney for the Plaintiff;

15                   (5)    A statement that claims of persons entitled to possession or claiming

16   an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the

17   attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet

18   government forfeiture site; and

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

Application and Order
For Publication

(6)     A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:  12/19/2014                              BENJAMIN B. WAGNER
                                                United States Attorney


                                        By:     /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney


        IT IS SO ORDERED.

Dated:  December 30, 2014

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

3

Application and Order
For Publication