UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cv-2950 MCE CKD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $200,979.15, et al., | |
| Defendants. | |

In this civil forfeiture action, claimant Matthew Gillum has filed a motion for leave to conduct depositions by written questions and has requested that the Clerk of Court issue 20 blank subpoenas. Claimant is presently incarcerated in the Sacramento County Main Jail. Claimant has not set forth the proposed written questions nor identified the deponent. Claimant fails to demonstrate good cause for issuance of the subpoenas.

Accordingly, IT IS HEREBY ORDERED that:

1. Claimant's motion for leave to conduct depositions by written questions (ECF No. 19) is denied without prejudice.

////

////

////

////

1

     2. Claimant's motion for Clerk to issue subpoenas (ECF No. 20) is denied without prejudice.

Dated: August 25, 2015

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

4 usa-2950.disc