UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cv-2950 MCE CKD |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $200,979.15, et al., | |
| Defendants. | |

Plaintiff has filed a motion to strike the claim of Matthew Gillum in this civil forfeiture action. Due to the incarceration of the claimant, the matter will be submitted on the papers.

Accordingly, IT IS HEREBY ORDERED that:

1. Claimant's opposition, if any, to the motion to strike shall be filed no later than September 30, 2015.

2. Reply, if any, shall be filed no later than October 9, 2015. The matter shall thereafter stand submitted.

Dated: August 31, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 usa-gillum2950.mts