UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:14-cv-2950 MCE CKD |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $200,979.15, et al., | |
| Defendants. | |

Claimant Matthew Gillum has requested an extension of time to file opposition to plaintiff's motion to strike.  Accordingly, IT IS HEREBY ORDERED that:

1. Claimant's opposition, if any, to the motion to strike shall be filed no later than October 21, 2015.

2. Reply, if any, shall be filed no later than October 30, 2015.  The matter shall thereafter stand submitted.

Dated:  September 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 usa-gillum2950.eot