BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $200,979.15 SEIZED FROM TRADEHILL, INC., HELD IN THE NAME OF MEGAN THOMPSON,<br><br>APPROXIMATELY $53,302.06 SEIZED FROM TRADEHILL, INC., HELD IN THE NAME OF MATTHEW GILLUM,<br><br>1,238.6004395 BITCOINS SEIZED FROM TRADEHILL, INC., HELD IN THE NAME OF MEGAN THOMPSON,<br><br>55.87584198 BITCOINS SEIZED FROM TRADEHILL, INC., HELD IN THE NAME OF MATTHEW GILLUM,<br><br>           Defendants. | 2:14-CV-02950-MCE-CKD<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.     This is a civil action *in rem* to forfeit the following assets to the United States:

    a.     Approximately $200,979.15 seized from Tradehill, Inc., held in the name of Megan Thompson ("defendant Approximately $200,979.15"),

    b.     Approximately $53,302.06 seized from Tradehill, Inc., held in the name of Matthew Gillum ("defendant Approximately $53,302.06"),

      c.      1,238.6004395 Bitcoins seized from Tradehill, Inc., held in the name of Megan Thompson ("defendant 1,238.6004395 Bitcoins"), and

      d.      55.87584198 Bitcoins seized from Tradehill, Inc., held in the name of Matthew Gillum ("defendant 55.87584198 Bitcoins").

2.     A Verified Complaint for Forfeiture *In Rem* was filed on December 19, 2014, alleging that said defendant assets are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3.     On December 22, 2014, the Clerk issued a Warrant for Arrest for the defendant assets, and that warrant was duly executed on December 30, 2014.

4.     Beginning on January 7, 2015, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on February 19, 2015.

5.     In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s):

      a.      Matthew Gillum
      b.      Megan Thompson

6.     Claimant Matthew Gillum filed a Verified Claim on January 26, 2015 alleging an interest in the defendant assets.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7.     The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Megan Thompson on July 15, 2015.  Pursuant to Local Rule 540, the United States and claimant thus join in a request that as part of the Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Megan Thompson without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.     The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.     Judgment is hereby entered against claimant Matthew Gillum and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, $92,379.15 of the Approximately $200,979.15 seized from Tradehill, Inc., held in the name of Megan Thompson, Approximately $53,302.06 seized from Tradehill, Inc., held in the name of Matthew Gillum, 1,238.6004395 Bitcoins seized from Tradehill, Inc., held in the name of Megan Thompson, and 55.87584198 Bitcoins seized from Tradehill, Inc., held in the name of Matthew Gillum, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $108,600.00 of the Approximately $200,979.15 seized from Tradehill, Inc., held in the name of Megan Thompson, shall be returned to Matthew Gillum.

5. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant assets.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The claimant waives the provisions of California Civil Code § 1542.

6. Claimant Matthew Gillum waives any and all claim or right to interest that may have accrued on the defendant assets.

7. All parties are to bear their own costs and attorneys' fees.

8. The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

///
///
///
///
///
////
///

Final Judgment of Forfeiture

9.      Based upon the allegations set forth in the Complaint filed December 22, 2014, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant assets, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:  November 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT